IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.    CASE NO.: 3:97CR0082-17(SEC)

CARLOS MANGUAL-SANTIAGO

* * * * * * * * * * * * * * * * * * * *

MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS AND
REQUESTING AN ARREST WARRANT

TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT COURT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Court,** notifying the Court of supervised release violations and requesting a warrant be issued for Carlos Mangual-Santiago.

On February 18, 1999, Carlos Mangual-Santiago appeared before this Honorable Court for sentencing having previously plead guilty to federal narcotics laws violations, specifically Conspiracy to Possess with intent to Distribute and Distribution of multi kilograms of Cocaine, Heroin and Marijuana all in violation of 21 U.S.C. § 846.

On said date, Carlos Mangual-Santiago was sentenced to eighty seven (87) months of imprisonment to be followed by a four year term of supervised release with the following special conditions: urinalysis and drug treatment if deemed necessary and provide the U.S. Probation Office with financial information upon request.

On October 20, 2004, Mr. Mangual-Santiago was released to the Commonwealth of Puerto Rico Department of Corrections and subsequently released on January 25, 2005, at which time his four year term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

***SPECIAL CONDITION: The defendant shall not commit any federal, state, or local crimes:***

On October 19, 2005, Mr. Mangual-Santiago was arrested in Ponce, Puerto Rico and charged with Possession of a Firearm and Ammunition. On October 20, 2005, Mr. Mangual-Santiago appeared before the Ponce Court for a probable cause hearing, where probable cause was found for possession of a firearm only. The matter as it pertains to the ammunition charge will be reopened and addressed on November 9, 2005.

***CONDITION #2: The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.***

Mr. Mangual-Santiago submitted an untruthful monthly supervision report for the month of October 2005, whereas, he falsely indicated in Part E of said report that he was not questioned by law enforcement and was not arrested during the month of October 2005.

***CONDITION #8: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.***

On October 19, 2005, Mr. Mangual-Santiago was arrested, for the previously indicated charges, at the Arístides Chavier Public Housing Project. This is an area well known for the illegal distribution and sales of drugs. Within the same area and time, two other individuals were arrested and charged with possession and sale of cocaine and heroin.

***CONDITION # 11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by law enforcement officers:***

As of this date, Mr. Mangual-Santiago has failed to notify this officer of the October 19, 2005, arrest.

**WHEREFORE,** I declare under the penalty of perjury that the foregoing is true and correct. In view of the aforementioned violations, it is respectfully requested that the Court issue a warrant for Mr. Carlos Mangual-Santiago's arrest and order the United States Marshal Service to produce Mr. Mangual-Santiago for revocation procedures.

In San Juan, Puerto Rico, this 8th day of November, 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/Malissa Y. Aponte
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 771-3629
(787) 766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia Torres, Assistant U.S. Attorney and Maria Del Mar Dávila-Rexach, Esquire.

At San Juan, Puerto Rico this 8th day of November, 2005.

                                                S/Malissa Y. Aponte
                                                U.S. Probation Officer
                                                150 Carlos Chardón Avenue
                                                Federal Office Building, Room 400
                                                San Juan, PR 00918
                                                (787) 294-1648
                                                (787) 766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov