IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

   vs.                                               **CASE NO.: 3:97CR0082-17(SEC)**

**CARLOS MANGUAL-SANTIAGO**

* * * * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS
AND REQUEST THE ISSUED WARRANT BE PLACED AS A DETAINER**

**TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT COURT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Court,** notifying the Court of additional supervised release violations on Carlos Mangual-Santiago.

      On November 8, 2005, our office filed a *Motion Notifying Supervised Release Violations and Requesting an Arrest Warrant* on Mr. Mangual-Santiago.  On November 18, 2005, Your Honor ordered the issuance of the warrant for the defendant's arrest.

**RESPECTFULLY PRESENTING SUPPLEMENTAL PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

***STANDARD CONDITION: The defendant shall not commit any federal, state, or local crimes:***

On November 9, 2005, Mr. Mangual-Santiago was arrested by the United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms and Explosives (ATF) and charged with Felon in Possession of a Firearm, Title 18 U.S.C. §922g(1).  This charge is a result of Mr. Mangual-Santiago's arrest for Possession of a Firearm on October 19, 2005, in Ponce.

Mr. Mangual-Santiago appeared before Chief Magistrate Judge Justo Arenas for an Initial Appearance.  The defendant was detained without bail pending a Detention Hearing and Preliminary Examination scheduled for November 28, 2005.

***STANDARD CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.***

On October 9, 2005, Mr. Mangual-Santiago submitted a urine screen to the Pretrial Service Department which yielded a positive for Cocaine.  The defendant denied the use of Cocaine indicating that he had used Xanax.  The Pretrial Services forwarded the sample to the laboratory for confirmation.

***SPECIAL CONDITION #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.***

On October 15, 2005, Mr. Mangual-Santiago was pulled over by the Transit Division of Ponce for a violation of Article 7.02 of the Puerto Rico Transit Law.  As of this date, Mr. Mangual-Santiago has failed to notify the Probation Department of this law enforcement contact.

**WHEREFORE,** I declare under the penalty of perjury that the foregoing is true and correct. In view of the aforementioned violations, it is respectfully requested that the Court supplement the current issuance of the warrant for Mr. Carlos Mangual-Santiago's arrest and order the United States Marshal Service to place said warrant as a detainer and produce Mr. Mangual-Santiago for revocation procedures.

In San Juan, Puerto Rico, this 22nd day of November, 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/Malissa Y. Aponte
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 771-3629
(787) 766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia Torres, Assistant U.S. Attorney and Maria Del Mar Dávila-Rexach, Esquire.

At San Juan, Puerto Rico this 22nd day of November, 2005.

S/Malissa Y. Aponte
 U.S. Probation Officer
 150 Carlos Chardón Avenue
 Federal Office Building, Room 400
 San Juan, PR 00918
 (787) 294-1648
 (787) 766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov