**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | November 23, 2005 |
| Plaintiff | |
| v. | CR. 97-082-17 (SEC) |
| CARLOS MANGUAL-SANTIAGO | |
| Defendant | |

**ORDER**

A Show Cause hearings as to the above-mentioned defendant is set for November 29, 2005 at 9:30 a.m.. The Federal Public Defender is appointed to represent Mr. Mangual-Santiago .

        GUSTAVO A. GELPI
        U.S. MAGISTRATE JUDGE

        S/ Carlos J. Rodríguez
        Deputy Clerk