AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

**UNITED STATES OF AMERICA**,            **APPEARANCE**
Plaintiff

   v.                    CASE NO. 97-082 (SEC)

**CARLOS MANGUAL SANTIAGO**
Defendant.

To the Clerk of this court and all parties of record:

　　　Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

  November 23, 2005
    Date

                    s/Dina Avila-Jimenez
                    Dina Avila-Jimenez, A.U.S.A.
                    U.S.D.C. #G00215
                    Torre Chardon, Suite 1201
                    350 Carlos Chardon St.
                    San Juan, P.R.  00918
                    Tel. No. (787)766-5656

U.S. v Carlos Mangual
Crim. No. 97-082(SEC)
Page 2

## CERTIFICATE OF SERVICE

      I hereby certify that on this same date, November 23, 2005, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                              s/Dina Avila-Jimenez
                                              Dina Avila-Jimenez, A.U.S.A.
                                              Assistant U.S. Attorney