**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    Plaintiff

        v.

CARLOS MANGUAL SANTIAGO [17]

    Defendant

**CRIMINAL NO. 97-082 (SEC)**

**REPORT AND RECOMMENDATION**

A show cause hearing was held today before the undersigned. Defendant was represented by AFPD Joannie Plaza. The United States was represented by AUSA Dina Avila.

Because defendant has been indicted in this Court for violation of 18 U.S.C. § 922 (g)(1) in criminal case 05-401 (JAF) he concedes that there is probable cause to believe he violated his supervised release conditions.

Accordingly, the matter must be set for a final disposition hearing.

Under the provisions of 28 U.S.C. § 636 and Local Rule 72(d), any party who objects to this report and recommendation must file a written objection thereto with the Clerk of the Court within ten (10) days of the party's receipt of this report and recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. Failure to comply with this rule precludes further appellate review. See Thomas v. Arn, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111(1986); Davet v. Maccorone, 973 F.2d 22, 30-31 (1st Cir. 1992).

**SO RECOMMENDED.**

In San Juan, Puerto Rico, this 29th day of November, 2005.

*S/ Gustavo A. Gelpi*

**GUSTAVO A. GELPI**
United States Magistrate-Judg