# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS            DATE:11-29-05

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CR. 97-082-17 (SEC)

C. REPORTER : FTR

INT : HILDA GUTIERREZ
================================================================

UNITED STATES OF AMERICA     AUSA- DINA AVILA-JIMENEZ

Plaintiff(s)

V.

CARLOS MANGUAL SANTIAGO     AFPD- JOANNIE PLAZA

Defendant(s)
================================================================

       CASE CALLED FOR SHOW CAUSE HEARING. Defendant through counsel informed the court that evidence will be presented at the final revocation hearing to rebut the motion by the U.S. Probation Officer . Magistrate Gelpí entered his findings of probable cause that defendant violated his conditions of supervised release. The matter is referred to Honorable Judge Casellas for final revocation hearing. Defendant shall remain committed.

                                       S/ Carlos J. Rodríguez
                                       Deputy Clerk