# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO          DATE: December 16, 2005

COURT REPORTER: Diane BREAZ                    **CRIM. NO. 97-082 (17)(SEC)**

COURT INTERPRETER: Epifanio MORALES
================================================================
                              Attorneys:

UNITED STATES OF AMERICA           AUSA, DINA AVILA

vs.

CARLOS MANGUAL SANTIAGO            AFPD, CARLOS VAZQUEZ-ALVAREZ
U/C
================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

     **CASE CALLED FOR REVOCATION HEARING but not held.**

_____Assistant Federal Public Defender informs the Court that the defendant has been charge with a new Indictment in the Federal Court, Criminal No. 05-401 (JAF), charging him of possessing a stolen firearm. Thereafter, the Court decided to continue the revocation hearing **sine die**, waiting for the outcome of this case.

 

                                               *S/ Sulma López-Defilló*
                                                Courtroom Deputy Clerk