IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>CARLOS MANGUAL-SANTIAGO<br>Defendant | Criminal No. 97-082(SEC) |

**MOTION REQUESTING ORDER SETTING FINAL REVOCATION HEARING**

TO THE HONORABLE SALVADOR E. CASELLAS
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO:

COMES NOW the defendant, Carlos Mangual-Santiago, by and through his court appointed attorney, the Federal Public Defender, and respectfully STATES and PRAYS as follows:

1- On November 8, 2005, U.S. Probation Officer Malissa Aponte filed a motion requesting revocation of defendant's supervised release term alleging, among others, that the defendant had committed new criminal conduct while on supervised release.

2- A final revocation hearing was set for December 16, 2005. On said date, this Honorable Court continued the final revocation hearing until after the resolution of *US v Carlos Mangual*, Crim. No. 05-401(JAF).

3- On April 11, 2006, the defendant was sentenced in Crim. No. 05-401(JAF).

4- The Defendant notifies this Honorable Court that the pending criminal case has been terminated and, hence, he requests that a Final Revocation Hearing be set by this Honorable Court.

Criminal No. 97-082(SEC)                                                                                          2

WHEREFORE, the Defendant respectfully requests that a Final Revocation Hearing be set.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, April 20, 2006.

                                                                                JOSEPH C. LAWS, JR.
                                                                                FEDERAL PUBLIC DEFENDER

                                                                                S/JOANNIE PLAZA-MARTINEZ
                                                                                Assistant Federal Public Defender
                                                                                USDC-PR 215604
                                                                                241 F. D. Roosevelt Avenue
                                                                                San Juan, PR 00918-2305
                                                                                Phone No. (787) 281-4922
                                                                                Fax No. (787) 281-4899