# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO     DATE: May 19, 2006

COURT REPORTER: FTR/sld                  **CRIM. NO. 97-082 (17)(SEC)**

COURT INTERPRETER: Hilda GUTIERREZ

==================================================================
                                   Attorneys:

UNITED STATES OF AMERICA              AUSA, NATHAN SCHULTE

vs.

CARLOS MANGUAL-SANTIAGO               AFPD, JOANNIE PLAZA-MARTINEZ
U/C

==================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__  Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   FEBRUARY 18, 1999 IS HEREBY REVOKED**.

**SENTENCE**: Imprisonment for a term of 6 months, to be served CONSECUTIVELY with sentence imposed by Judge Jose A. Fuste in 05-CR-401 (JAF) on 4/11/06. No Supervised Release to follow.

 

                                                  *S/ Sulma López-Defilló*
                                                  Courtroom Deputy Clerk