AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____FOR THE_____    District of    _____PUERTO RICO_____

UNITED STATES OF AMERICA
V.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

**CARLOS MANGUAL-SANTIAGO**

Case Number:    97-CR-82 (SEC)
USM Number:    17

AFPD, JOANNIE PLAZA-MARTINEZ
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) _Special and Standard_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Defendant shall not commit any federal, state or local crimes. | 10/19/05 |
| Standard Condition #2 | Failure to report to U.S. Probation Officer that he was arrested during the months of October 2005. | 10/19/05 |
| Standard Condition #8 | Defendant shall not frequent places here controlled substances are illegally sold, used, distributed, or administered. | 10/19/05 |
| Special Condition | Defendant shall refrain from any unlawful use of a controlled substance. | 10/09/05 |
| Standard Condition #11 | Defendant shall notify the probation officer within 72 hours of being arrested. | 10/19/05 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

May 19, 2006
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

MAY 19, 2006
Date

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 1

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: CARLOS MANGUAL-SANTIAGO
CASE NUMBER: 97-CR-082 (17) (SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIX (6) MONTHS, to be served CONSECUTIVELY with the sentence imposed in CRIMINAL 05-401 (JAF) on April 11, 2006.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____