# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

CARLOS MANGUAL-SANTIAGO
DETAINED AT MDC, GUAYNABO

## WARRANT FOR ARREST

Case Number: 97-CR-082-017 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CARLOS MANGUAL-SANTIAGO__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ **Supervised Release Violation Petition**  ☐ Violation Notice

charging him or her with (brief description of offense)

ONCE ARRESTED DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE GELPI.

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| SALVADOR E. CASELLAS<br>Name of Issuing Officer | S/SALVADOR E. CASELLAS<br>Signature of Issuing Officer |
| UNITED STATES SENIOR DISTRICT JUDGE<br>Title of Issuing Officer | NOVEMBER 22, 2005   AT HATO REY, PUERTO RICO<br>Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12/13/05 | TFA. Carlos Otero | |

Certified to be a true & exact copy of the document, or an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date: _____