ĄO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

CARLOS MANGUAL-SANTIAGO
DETAINED AT MDC, GUAYNABO

## WARRANT FOR ARREST

Case Number: 97-CR-082-017 (SEC)

*[Stamp: RECEIVED AND FILED 2008 JUL 21 PM 2:26 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **CARLOS MANGUAL-SANTIAGO** _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   **X Supervised Release Violation Petition**   ☐ Violation Notice

charging him or her with   (brief description of offense)

ONCE ARRESTED DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE GELPI.

in violation of Title _____ United States Code, Section(s) _____

SALVADOR E. CASELLAS
Name of Issuing Officer

UNITED STATES SENIOR DISTRICT JUDGE
Title of Issuing Officer

S/SALVADOR E. CASELLAS
Signature of Issuing Officer

NOVEMBER 22, 2005   AT HATO REY, PUERTO RICO
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Guaynabo, PR

| DATE RECEIVED 11-22-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-13-05 | RAFAEL ESCOBAR, DUSM | by: Rafael Escobar |